```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
              07-CR-130(JMR/AJB)
```

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Frederick Joseph Kennedy-Hippchen | ) ) | |

Defendant has timely objected to the Report and Recommendation, issued August 9, 2007 [Docket No. 42] by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Magistrate recommended denying defendant's motion to suppress statements, admissions, and answers.

After a <u>de novo</u> review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, defendant's motion to suppress statements, admissions, and answers [Docket No. 34] is denied.

IT IS SO ORDERED.

Dated:  September <u>21</u>, 2007

                                         <u>S/James M. Rosenbaum</u>
                                         JAMES M. ROSENBAUM
                                         United States Chief District Judge